UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALFREDO VAZQUEZ,<br><br>           Plaintiff,<br><br>    v.<br><br>AMERICAN FUTURE TECHNOLOGY,<br><br>           Defendant. | Case No. 1:25-cv-01205-KES-CDB<br><br>ORDER ON RENEWED STIPULATION EXTENDING *NUNC PRO TUNC* TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT<br><br>(Doc. 7) |

      Plaintiff Luis Alfredo Vazquez ("Plaintiff") initiated this action with the filing of a complaint on September 15, 2025, against Defendant American Future Technology. (Doc. 1). On November 14, 2025, the Court denied the parties' second stipulated request to extend the deadline for Defendant to respond to the complaint (Doc. 5) for failure to comply with Local Rules 137(a)-(b), 143(b), and 144, and directed the parties to refile a compliant stipulated request (Doc. 6). Pending before the Court is the parties' renewed stipulated request to extend the deadline for Defendant to respond to the complaint, filed on November 14, 2025. (Doc. 7).

      In support of their request, the parties represent that they have reached a settlement agreement in principle and are "working to reduce the agreement to writing." (Doc. 7 at 2).

      In the Eastern District of California, "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." Local Rule 144(d). While the Court finds good cause to grant the requested extension, here, it should

1  have become apparent to the parties that they required an extension of time for Defendant to file a
2  response to the complaint before the November 13, 2025, filing deadline for a responsive pleading.
3  The Court disfavors granting relief *nunc pro tunc* and admonishes the parties to exercise better
4  care and to adhere to this Court's Local Rules in all future filings.

**Conclusion and Order**

In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED that Defendant's deadline to respond to the complaint is extended *nunc pro tunc* to **November 28, 2025**.

IT IS SO ORDERED.

Dated:   **November 14, 2025**              _____
                                            UNITED STATES MAGISTRATE JUDGE